# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Charles LeWan Moss,

    Plaintiff,

v.                                        Case No. 09-cv-13204

CHARLES LEWAN MOSS,

    Defendant.
_____/

## ORDER CLOSING CASE IN LIEU OF JUDGMENT

The complaint having been dismissed pursuant to 28 U.S.C. § 1915(e)(2),

IT IS ORDERED that the Clerk of the Court close this case.[1]

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: September 9, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 9, 2009, by electronic and/or ordinary mail.

                                        S/Lisa G. Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522.

S:\Cleland\JUDGE'S DESK\C1 ORDERS\09-13204.MOSS.OrderClosingCaseInLieuofJudgment.npk.wpd

---

[1] The Federal Rules of Civil Procedure require that "[e]very judgment and amended judgment must be set forth on a separate document." Fed. R. Civ. P. 58(a)(1). This order constitutes such a separate document, and no other "judgment" will be filed.